**95-409.** State ex rel. Loral Defense Sys. v. Indus. Comm. *Franklin County*, No. 93APD10-1397. Reported at 72 Ohio St.3d 1427, 648 N.E.2d 1372. IT IS ORDERED by the court that the motion for

reconsideration of this court's dismissal for want of prosecution be, and is hereby, denied, effective May 23, 1995.

## MISCELLANEOUS DISMISSALS